# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 16-5252-GW(SSx) | Date | October 17, 2016 |
|---|---|---|---|
| Title | *Unicolors, Inc. v. 10 Spot of Kearny LLC, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE: SETTLEMENT**

On October 14, 2016, Plaintiff Unicolors, Inc. filed a Notice of Settlement.  The Court sets an Order to Show Cause re: Settlement Hearing for November 17, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on November 16, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

                                                                                            :

Initials of Preparer    JG