JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California corporation;<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>10 SPOT OF KEARNY LLC d/b/a/ MADRAG CLOTHING and 10 SPOT PLUS, a New Jersey Corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: CV 16-5252-GW(SSx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Honorable George H. Wu Presiding |

1 | The parties having so stipulated and agreed, the above-referenced case is
2 | hereby dismissed with prejudice and without an award of costs or fees to any party.
3 |
4 | IT IS SO ORDERED.
5 |
6 | Dated: November 16, 2016
7 | _____
   | The Honorable George H. Wu
8 | United Stated District Judge